IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MINH D. NGUYEN and ESTHER CHUNG, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-2307 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Plaintiff Minh Nguyen has asked the court for a two week extension of time to file a response to the defendants' motion for summary judgment. The defendants are unopposed. The request is granted. The plaintiffs must file their response to the motion by **April 29, 2013.**

SIGNED on April 17, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge