IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MINH D. NGUYEN and ESTHER CHUNG, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-2307 |
| | § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

In light of the recent filings in this case, the Joint Pretrial Order deadline and the Docket Call setting of October 25, 2013 are moved 30 days, to November 15, 2013 for the Joint Pretrial Order, and November 22, 2013, at 2:00 p.m., for Docket Call. After the deadline for the plaintiffs to respond to the defendants' Motion to Render Summary Judgment Final and to Abate Counterclaim has passed, the court will rule on the motion or may first set a hearing to address the motion.

SIGNED on September 11, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge